Linda D. Kornfeld (155765)
kornfeldl@dicksteinshapiro.com
Cameron H. Faber (100643)
faberc@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, California 90067-3109
Telephone: (310) 772-8300
Facsimile: (310) 772-8301

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU,<br><br>Plaintiff,<br><br>v.<br><br>IMMUNEX CORPORATION, AMGEN, INC. and DOES 1 through 10,<br><br>Defendant. | CASE NO. CV10 2316 SC<br><br>Hon. Samuel Conti<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND OTHER DATES; [PROPOSED] ORDER** |

WHEREAS Employers Insurance Company of Wausau filed a Complaint against Amgen Inc. and Immunex Corporation (collectively "Amgen") in this Court on May 26, 2010;

WHEREAS defendants were served with the Complaint on July 23, 2010;

WHEREAS the parties are discussing stipulating to a stay of this action pending final adjudication of a case currently pending in the State of Washington, *National Surety Corporation v. Immunex Corporation*, King County Superior Court, Case No. 08-2-10920-8 SEA;

WHEREAS a Case Management Conference in the above-entitled action is presently calendared for September 3, 2010, at 10:00 a.m. and other case management deadlines are set for August 13, 2010, and August 27, 2010;

1  IT IS HEREBY STIPULATED, between the parties, through their respective counsel as
2  follows:
3  1. The Case Management Conference be continued for two months;
4  2. The deadline of August 13, 2010, to meet and confer re: initial disclosures, early
5  settlement, ADR process selection, and discovery plan; file ADR Certification signed by Parties
6  and Counsel; and file either Stipulation to ADR Process or Notice of Need for ADR Phone
7  Conference be continued for two months; and
8  3. The deadline of August 27, 2010, to file Rule 26(f) Report, complete initial
9  disclosures or state objection in Rule 26(f) Report and file Case Management Statement be
10 continued for two months.

DATED: August 12, 2010          DICKSTEIN SHAPIRO LLP

                                By: _____
                                    Cameron H. Faber
                                    Attorneys for Defendants
                                    Amgen Inc. and
                                    Immunex Corporation

DATED: August 13, 2010          ROPERS, MAJESKY, KOHN & BENTLEY

                                By: _____
                                    Jennifer E. Acheson
                                    Attorneys for Plaintiff
                                    Employers Insurance Company of Wausau

                        [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/13/10   , 2010         _____
                                Honorable Samuel Conti
                                Judge Samuel Conti

IT IS SO ORDERED

- 2 -
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
AND OTHER DATES; [PROPOSED] ORDER - CASE NO. CV10 2316 SC
DOCSLA-57819v1

DICKSTEIN SHAPIRO LLP

# PROOF OF SERVICE
*Employers Insurance Company of Wausau v. Immunex Corp. and Amgen, Inc.*
Case No. CV10-2316 SC

STATE OF CALIFORNIA    )
                       ) ss:
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2049 Century Park East, Los Angeles, California 90067. On August 13, 2010, I served the document(s) on the interested parties in this action as follows:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND OTHER DATES; [PROPOSED] ORDER**

☒ By placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Pamela E. Cogan, Esq.<br>Jennifer E. Acheson, Esq.<br>Ropers, Majeski, Kohn & Bentley<br>1001 Marshall Street, Suite 300<br>Redwood City, CA 94063-2052 | Copy via E-mail:<br>pcogan@rmkb.com<br>jacheson@rmkb.com |

☒ **BY MAIL**: The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after service of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY**: By causing such envelope to be deposited or delivered in a box or other facility regularly maintained by Federal Express authorized to receive documents, or delivering to a courier or driver authorized by said express service carrier to receive documents, the copy of the foregoing document in a sealed envelope designated by the express service carrier, addressed as stated above, with fees for overnight (next business day) delivery paid or provided for and causing such envelope to be delivered by said express service carrier on [Insert Date] .

☐ **BY PERSONAL SERVICE**: I caused to be delivered the foregoing document(s) to the addressee(s) specified.

☒ [Federal] I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 13, 2010, at Los Angeles, California.

_____          _/s/ Katherine Hardie_____
KATHERINE HARDIE

DOCSLA-58127v1