1  Linda D. Kornfeld (155765)
   kornfeldl@dicksteinshapiro.com
2  Cameron H. Faber (100643)
   faberc@dicksteinshapiro.com
3  DICKSTEIN SHAPIRO LLP
   2049 Century Park East, Suite 700
4  Los Angeles, California 90067-3109
   Telephone: (310) 772-8300
5  Facsimile: (310) 772-8301

6  Attorneys for Defendants

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11 | EMPLOYERS INSURANCE COMPANY OF | CASE NO. CV10 2316 SC
   | WAUSAU,
12 |                                  | Hon. Samuel Conti
   |       Plaintiff,
13 |                                  | STIPULATION TO EXTEND TIME TO
   |   v.                             | ANSWER COMPLAINT (L.R. 6-1)
14 |
   | IMMUNEX CORPORATION, AMGEN, INC. and
15 | DOES 1 through 10,
16 |       Defendant.

17

18     WHEREAS Employers Insurance Company of Wausau ("Wausau") filed a Complaint

19 against Amgen Inc. and Immunex Corporation (collectively "Amgen") in this Court on May 26,

20 2010;

21     WHEREAS Wausau served Amgen on July 23, 2010;

22     WHEREAS the parties previously stipulated to extend Amgen's date to answer the

23 Complaint to September 3, 2010;

24     ///
25     ///
26     ///
27     ///
28

DICKSTEIN
SHAPIRO LLP
                              - 1 -
STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT - CASE NO. CV10 2316 SC
                                                              DOCSLA-59095v1

1  NOW THEREFORE, the parties, by and through their undersigned counsel, hereby
2  stipulate that Amgen can answer the Complaint on or before September 24, 2010.

Respectfully submitted,

DATED: September 3, 2010

DICKSTEIN SHAPIRO LLP

By: /s/ Cameron Faber
Cameron H. Faber
Attorneys for Defendants
Amgen Inc. and
Immunex Corporation

DATED: September 3, 2010

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/
Pamela E. Cogan
Attorneys for Plaintiff
Employers Insurance Company of Wausau

LAST Extension of C

IT IS SO ORDERED

/s/
U.S. DISTRICT JUDGE

DICKSTEIN
SHAPIRO LLP

- 2 -
STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT - CASE NO. CV10 2316 SC

DOCSLA-59095v1